# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| GAY CASHON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| MASSACHUSETTS BAY INSURANCE COMPANY, | CASE NO: 18-1158-STA-jay |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on May 24, 2019, this cause is hereby **DISMISSED** with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/24/2019

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk